**JOHN DOUGLAS BARR** .............. California State Bar No. 40663
**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a Minor, by and through his Guardian ad Litem, MARIA MONROY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF TEHAMA;<br>TEHAMA COUNTY SHERIFFS' OFFICE;<br>SHERIFF DAVE HENCRATT, in his individual and official capacity as Sheriff for the County of Tehama Sheriff Department;<br>ASSISTANT SHERIFF PHIL JOHNSTON; in his individual and official capacity as Assistant Sheriff for the County of Tehama Sheriff Department;<br>SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL and<br>THE RANCHO TEHAMA ASSOCIATION INC.,<br><br>Defendants. | No. 2:18-CV-02917-KJM-DMC<br><br>**ORDER ON PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

The petition for an order appointing MARIA ANJELICA MONROY as guardian ad litem for A.H., a Minor, is **GRANTED**.

DATED: November 14, 2018.

_____
UNITED STATES DISTRICT JUDGE

Page 1
**Petition for Order for Appointment of Guardian ad Litem Re Minor, A.H.**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008