UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | **Case Nos.** |
| TIFFANY PHOMMATHEP, et al., <br> v. <br> COUNTY OF TEHAMA, et al. | **No. 2:18-CV-02916-TLN-DMC** |
| BOB STEELE, et al. <br> v. <br> COUNTY OF TEHAMA, et al. | **No. 2:18-CV-02927-TLN-DMC** |
| JAMES WOODS, JR., et al. <br> v. <br> COUNTY OF TEHAMA, et al. | **No. 2:18-CV-02918-TLN-DMC** |
| TROY McFADYEN, et al. <br> v. <br> COUNTY OF TEHAMA, et al. | **No. 2:18-CV-02912-TLN-DMC** |
| A.H. <br> v. <br> COUNTY OF TEHAMA, et al. | **No. 2:18-CV-02917-TLN-DMC** |
| FRANCISCO CARDENAS, et al. <br> v. <br> COUNTY OF TEHAMA, et al. | **No. 2:18-CV-03021-TLN-KJN** <br> <br> **ORDER RELATING CASES, JOINING HEARING ON DEFENDANTS' RULE 12(b)(6) MOTIONS (IF ANY), AND SETTING BRIEFING SCHEDULE** <br> <br> **F.R.Civ.P. 42: L.R. 143** |

The Court has reviewed the parties' Stipulation and Proposed Order for Joining Hearing On Defendants Rule 12(b)(6) Motions (If Any) in Related Cases and Setting Briefing Schedule filed in each of the above-entitled actions. (18cv2912 at ECF No. 11; 18cv2916 at ECF No. 14; 18cv2917 at ECF No. 11; 18cv2918 at ECF No. 9; 18cv2927 at ECF No. 15; 18cv3021 at ECF No. 5). As a preliminary matter, the Court notes that a notice of related case was not filed in Case Number 18-cv-3021-TLN-KJN, and so the case had not been related to the other cases captioned above. It appears, however, that this was simply an oversight and that the parties intended to relate Case Number 18-cv-3021-TLN-KJN. (*See, e.g.*, ECF No. 5.) Indeed, it appears from the present stipulation that the parties believed it to be so related.

Accordingly, the Court has now examined the above-entitled actions and finds that Case Number 18-cv-3021-TLN-KJN is in fact related to the other actions above within the meaning of Local Rule 123(a). The actions involve the same defendants, are based on the same series of events, and involve similar questions of fact and law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties. Because the case is already assigned to Judge Nunley, it need only be reassigned to Magistrate Judge Dennis M. Cota. Henceforth, the caption on documents filed in the reassigned case shall be shown as 18-cv-3021-TLN-DMC.

Regarding the parties' stipulation and proposed order, the stipulation is GRANTED in part, as follows:

1. The parties shall exchange initial disclosures not later than **March 22, 2019**;

2. To whatever extent the Tehama County Defendants elect to respond to Plaintiffs' initial complaints in the above-entitled actions in the form of Rule 12(b)(6) motions, these Defendants may file a single Rule (12)(b)(6) motion not later than **April 1, 2019**, not to exceed thirty (30) pages, calendared for a single, joint hearing date not sooner than **May 30, 2019**;

3. The Tehama County Defendants shall file the identical Rule 12(b)(6) motion under each separate case number;

4. If the parties wish to create a single Master Case, they are required to first file a request to consolidate the cases;

5. Plaintiffs shall have until **May 1, 2019** to file oppositions to any such motions filed by Defendants;

6. Plaintiffs may file separate oppositions not to exceed twenty (20) pages each, or may file a single opposition not to exceed (30) pages;

7. Plaintiffs may not join in or incorporate by reference one another's statements of facts and arguments;

8. Defendants shall then have fifteen (15) days from the date Plaintiffs file such oppositions to file any replies.

IT IS SO ORDERED.

Dated: March 20, 2019

Troy L. Nunley
United States District Judge