ESTEE LEWIS, SBN 268358
BARR & MUDFORD, LLP
1824 Court Street/PO Box 994390
Redding, CA  96099-4390
Tel: (530) 243-8008   Fax:  (530) 243-1648
Email:  estee@ca-lawyer.com
Attorneys for Plaintiffs

JONZ NORINE, SBN 182220
KENNY & NORINE
1923 Court Street
Redding, CA  96001
Tel: (530) 244-7777   Fax:  (530) 246-2836
Email:  jnorine@lawnorcal.com
Attorney for Defendants
COUNTY OF TEHAMA,
TEHAMA COUNTY SHERIFFS' OFFICE,
SHERIFF DAVE HENCRATT, and
ASSISTANT SHERIFF PHIL JOHNSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., et al. | CASE NO. 2:18-CV-02917-TLN-DMC |
| Plaintiffs, | STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS |
| vs. | TO FILE RESPONSIVE PLEADING |
| COUNTY OF TEHAMA, et al. | |
| Defendants. | |

**STIPULATION**

The parties, through their respective counsel of record, hereby stipulate to extend the time for defendants County of Tehama, Tehama County Sheriffs' Office, Sheriff Dave Hencratt, and Assistant Sheriff Phil Johnston (collectively defendants) to respond to the First Amended Complaint based on the following:

WHEREAS the plaintiff filed a Complaint alleging federal and state constitutional violations and related state claims.

//

//

1

WHEREAS in response to the Complaint defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  The Order on the motion was issued and filed on August 4, 2020.

WHEREAS plaintiff filed a First Amended Complaint on September 3, 2020.

WHEREAS defendants' responsive pleading is due to be filed on September 24, 2020.

WHEREAS the parties have acknowledged that there is a need for additional time to meet and confer regarding the First Amended Complaint prior to defendants filing a responsive pleading, which is anticipated to be in the form of a motion to dismiss.

WHEREAS defendants' attorney is scheduled for a 5-week civil trial in Modoc County Superior Court commencing on October 19, 2020.

WHEREAS the parties anticipate the need for an extension of time for defendants to file a responsive pleading and plaintiff agrees to allow an extension to January 4, 2021.

IT IS SO STIPULATED.

Dated:  September 24, 2020                BARR & MUDFORD, LLP

                                                                                    */s/ Estee Lewis*
ESTEE LEWIS
Attorneys for Plaintiffs
A.H., et al.

Dated:  September 24, 2020                KENNY & NORINE

_____
JONZ NORINE
Attorneys for Defendants
COUNTY OF TEHAMA,
TEHAMA COUNTY SHERIFFS' OFFICE,
SHERIFF DAVE HENCRATT, and
ASSISTANT SHERIFF PHIL JOHNSTON

## **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefore:

Defendants are allowed an extension of time to January 4, 2021 to file a responsive pleading to the First Amended Complaint.

IT IS SO ORDERED.

Dated: September 25, 2020

_____
Troy L. Nunley
United States District Judge